IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND K. REVIERE, J-10293, )
)
    Plaintiff(s), ) No. C 12-6534 CRB (PR)
)
vs. ) ORDER
)
LESLIE B. FLEMING, et al., )
)
    Defendant(s). )
)

    On April 24, 2013, the court dismissed plaintiff's prisoner complaint for failure to state a claim under the authority of 28 U.S.C. § 1915A(b). Plaintiff subsequently submitted a proposed first amended complaint. But leave to file said proposed first amended complaint (and reopen this action) is DENIED because the proposed first amended complaint does not remedy the deficiencies in the original complaint. See Adam v. Hawaii, 235 F.3d 1160, 1164 (9th Cir. 2001) (leave to amend may be denied on futility grounds, i.e., if proposed amended complaint will not remedy the deficiencies in the previous complaint).

SO ORDERED.

DATED: May 20, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Reviere, R.12-6534.deny-leave-amend.wpd